UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bashar Robert Elyousef,

Plaintiff

v.

Judge Joseph Hardy, et al.,

Defendants

Case No.: 2:26-cv-02465-CDS-DJA

**Order Resolving the Parties' Stipulations and Denying as Moot Plaintiff's Request for Case Status**

[ECF Nos. 35, 36, 37, 38, 44, 45, 52]

On August 11, 2026, this action, transferred from the Central District of California, was assigned to this court. *See* ECF No. 55. Several matters were pending when the action was transferred, including stipulations to extend time to file answers to the amended complaint (ECF Nos. 35, 36, 37, 38), a stipulation to stay time to file an answer until after the order to show cause regarding transfer was decided (ECF No. 44), and a stipulation regarding substitution and dismissal of First American Title Company (ECF No. 45). Finally, the plaintiff filed a notice of case status and request for judicial assignment. ECF No. 52.

For judicial efficiency, the court hereby orders that any answer or other responsive pleading is due by September 3, 2026, so the parties' stipulations **[ECF No. 35, 36, 37, 38, 44] are denied as moot**.

It is further ordered that the parties' stipulation regarding First American Title Company **[ECF No. 45] is approved**. The clerk of court is kindly directed to substitute First American Title Insurance Company for First American Title Company.

It is further ordered that the plaintiff's request for a case status and request for judicial assignment, which I construe as a motion, **[ECF No. 52] is denied as moot**.

The parties are reminded that they must follow all the rules of the court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of Practice for the District of Nevada. Failure to comply may result in sanctions.

Dated: August 12, 2026

_________________________________
Cristina D. Silva
United States District Judge