UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bashar Robert Elyousef,

Plaintiff

v.

Judge Joseph Hardy, et al.,

Defendants

Case No. 2:26-cv-02465-CDS-DJA

**Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure**

The amended complaint in this action was filed on December 26, 2025. ECF No. 8. Federal Rule of Civil Procedure 4(m) provides, in part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

To date, there has been no proof of service filed as to defendants Judge Nancy Allf, Hon. Jay Young, the Internal Revenue Service, Michael Rasmussen, Hutchison & Steffen LLP, Terry Coffing, Brian Hardy, Doug Gerrard, Gerrard Cox and Larsen, and Gus Flangas.

Notice is hereby given that this action will be dismissed without prejudice as to those defendants unless proof of service is filed by August 31, 2026. Service on those defendants must have taken place prior to the expiration of the time limit set forth in Fed. R. Civ. P. 4(m), or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice by August 31, 2026, will result in dismissal without prejudice as to those defendants, without further notice.

Dated: August 12, 2026

Cristina D. Silva
United States District Judge