UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bashar Robert Elyousef,

Plaintiff

v.

Judge Joseph Hardy, et al.,

Defendants

Case No. 2:26-cv-02465-CDS-DJA

**Order Directing First American to File a Reply**

Plaintiff Bashar Robert Elyousef filed an opposition to First American Title Company's motion to dismiss the first amended complaint (ECF No. 40). ECF No. 74. It appears that prior to the transfer from the Central District of California, the previous judge did not resolve or strike First American's motion to dismiss; therefore, a response from Elyousef was warranted. As such, First American must file its reply by September 11, 2026.

The court notes that Elyousef's response violates Local Rule IC 2-2(3), which requires that exhibits "be attached as separate files[,]" not as part of the base document. *See* LR IC 2-2(3)(A). This means the exhibits should be filed as a separate attachment, and each exhibit should be labeled to separate them out (i.e. Exhibit A, Exhibit B, etc.). Elyousef filed the response and all the exhibits as one document. He is reminded that he is required to be familiar with, and to follow, all rules of this court. *See United States v. Flewitt*, 874 F.2d 669, 675 (9th Cir. 1989) (stating that pro se litigants are subject to the same good-faith limitations imposed on lawyers, as officers of the court). Elyousef is cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the orders of this court may result in future filings being denied or stricken and repeat violations may result in dismissal of the case. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (reiterating that although courts "construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure"). The local

rules are available at https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf. Elyousef is ordered to review the local rules.

Dated: September 4, 2026

_______________________________
Cristina D. Silva
United States District Judge