Todd L. Moody (5430)
Christian F. McKinnon (16584)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
tmoody@hutchlegal.com
cmckinnon@hutchlegal.com

*Attorneys for Defendants*
*Hutchison & Steffen, PLLC and*
*C. Michael Rasmussen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BASHAR ROBERT ELYOUSEF, an individual;<br><br>Plaintiff,<br>v.<br><br>Judge Joseph Hardy; Judge Nancy Allf; Hon. Jay Young; Internal Revenue Service; Michael Rasmussen; Hutchison & Steffen PLLP; Martin Little; Marquis Aurbach CHTD; Terry Coffing; Mr. Brian Hardy; Doug Gerrard; Gerrard Cox and Larsen; Gus Flangas; Howard and Howard, PLLC; Dominique Doumani; The Dominique Doumani Trust; The Dominique Doumani Family Trust; The Cole Doumani Separate Property Trust; Doumani Developement LLC; Doumani Holdings LLC; Shannon Nipp; Reed Lamoreaux; Eide Bailly LLP; First American Title Company; Does; Roes; Collin Jayne,<br><br>Defendants. | Case No.: 2:26-cv-02465-CDS-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS HUTCHISON & STEFFEN PLLC AND C. MICHAEL RASMUSSEN TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendants C. Michael Rasmussen ("Mr. Rasmussen") and Hutchison & Steffen, PLLC ("H&S" and with Mr. Rasmussen, "H&S Defendants"), by and through counsel of record,

Todd L. Moody, Esq. and Christian F. McKinnon, Esq., of the law firm of Hutchison & Steffen, PLLC, and Pro Se Plaintiff Bashar (aka Robert) Elyousef, hereby stipulate as follows:

Plaintiff filed an affidavit of service asserting that the First Amended Complaint was served on H&S on September 18, 2026 [ECF No. 109], resulting in a responsive pleading deadline of October 9, 2026. H&S and Plaintiff hereby agree to extend that responsive pleading deadline by five (5) days.

Accordingly, H&S must file a responsive pleading no later than October 14, 2026, which is the same day Mr. Rasmussen must respond by.

DATED this 24th day of September, 2026.

HUTCHISON & STEFFEN, PLLC

*/s/ Christian F. McKinnon*

Todd L. Moody (5430)
Christian F. McKinnon (16584)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for C. Michael Rasmussen and Hutchison & Steffen, PLLC*

/s/ Bashar (Robert) Elyousef

Bashar (Robert) Elyousef

*Plaintiff, Pro se*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: September 25, 2026

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 24th day of September, 2026, I caused the above and foregoing Stipulation to Extend Time for Defendants Hutchison & Steffen PLLC and C Michael Rasmussen to Respond to First Amended Complaint to be served:

[ X ] Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served **via electronic service**; or

[ ] by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; or

[ ] Pursuant to FRCP 5(b)(2)(D), to be sent **via facsimile;** or

[ ] to be hand-delivered;

to the attorney(s) listed below at the address and/or facsimile number indicated below:

*/s/ Amy Jones*

An employee of Hutchison & Steffen, PLLC

**Amy Jones**

| | |
|---|---|
| **From:** | Christian McKinnon |
| **Sent:** | Thursday, September 24, 2026 2:29 PM |
| **To:** | Amy Jones |
| **Subject:** | FW: Stipulation Signed |
| **Attachments:** | Stipulation H&S M. Rasmussen Extension of Time..pdf |

**From:** Robert Elyousef <robert@elyce.dev>
**Sent:** Thursday, September 24, 2026 12:16 PM
**To:** Todd L. Moody <TMoody@hutchlegal.com>; Christian McKinnon <cmckinnon@hutchlegal.com>
**Subject:** Stipulation Signed

**CAUTION:** This email originated from outside the organization.

Gentlemen,
please see attached stipulation signed